IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JANICE M.,[1]

Plaintiff,

v.

COMMISSIONER, Social Security
Administration,

Defendant.

No. 6:17-cv-01635-SU

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation [18] on October 16, 2018 in which she recommends that the Court reverse the decision of the Commissioner and

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

remand the case for further proceedings. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [18]. Accordingly, the Commissioner's decision is REVERSED and REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 30 day of January, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge